

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00465-CV

| | | |
|---|---|---|
| Kyongnam Kim and Isis A to Z Bridal Formal, Inc. | § | From County Court at Law No. 3 |
| | § | of Tarrant County (2011-002162-3) |
| v. | § | September 4, 2014 |
| Antonio Sanchez, d/b/a as D&C Construction | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants Kyongnam Kim and Isis A to Z Bridal Formal, Inc. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston
      Chief Justice Terrie Livingston